(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court | | Voluntary Petition |
|---|---|---|---|
| | **Northern** District of **Illinois** | | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sharp, Steven, Lefton** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sharp, Laurie, Hope** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other<br>(if more than one, state all):  **9352** | Last four digits of Soc. Sec No./Complete EIN or other<br>(if more than one, state all):  **8901** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2506 St. Johns Avenue**<br>**Highland Park, Illinois 60035** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2506 St. Johns Avenue**<br>**Highland Park, Illinois 60035** |
| County of Residence or of the<br>Principal Place of Business:  **Lake** | County of Residence or of the<br>Principal Place of Business:  **Lake** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | NO DISKETTE |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

Statistical/Administrative Information (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00 to $100 milli |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00 to $100 mill |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/20/2004
Time: 9:00:00
Debtor: STEVEN LEFTON SHARP
Case: 04-26778    Fee: 209
Chapter: 7 Rec. # : 3091579
Judge: A Benjamin Goldgar
341 mtg: 09/02/2004 @ 01:30PM
Trustee: ILENE GOLDSTEIN

1:04BK26778-BK001

(Official Form 1) (12/02)

FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Steven and Laurie Sharp** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date  7/19/4

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)  # 6204533
**Daniel S. Kaplan**
Printed Name of Attorney for Debtor(s)

**Kaplan & Greenswag LLC**
Firm Name

**181 Waukegan Road, Suites 301 & 302**
Address

**Northfield, Illinois 60093**

**(847) 501-5300**

Telephone Number
Date  7/19/4

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  7/19/4
Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# LIST OF CREDITORS

| No. | Name and Address |
|---|---|
| 1 | Andrew Lazar, MD<br>767 Park Ave West, #130<br>Highland Park, IL 60035 |
| 2 | Auction in London<br>Address unknown |
| 3 | Bank One, N.A.<br>1 Bank One Plaza<br>Mail Code IL1-0738<br>Chicago, IL 60670-0738 |
| 4 | Bank One, N.A.<br>Guarantee of R.C.S. Sales, Inc. debts<br>1 Bank One Plaza<br>Mail Code IL1-0738<br>Chicago, IL 60670-0738 |
| 5 | Chase<br>P.O. Box 52195<br>Phoenix, AZ 85072-2195 |
| 6 | Citi Cards<br>P.O. Box 6412<br>The Lakes, NV 88901-6412 |
| 7 | Citi Cards<br>P.O. Box 6407<br>The Lakes, NV 88901-6407 |
| 8 | Cole Taylor Bank<br>P.O. Box 88483<br>Chicago, Illinois 60680 |
| 9 | Dr. Myron Bornstein<br>1950 Sheridan Road<br>Highland Park, IL 60035 |
| 10 | Duane Morris LLP<br>One Liberty Place<br>Philadelphia, PA 19103-7396 |
| 11 | Fifth Third Bank<br>346 W. Carol Lane<br>Elmhurst, IL 60126 |
| 12 | Frank Vena Landscaping<br>1441 McDaniels Avenue<br>Highland Park, IL 60035 |
| 13 | Gesas, Pilati, Gesas and Golin, Ltd.<br>53 West Jackson Boulevard, Suite 528<br>Chicago, IL 60604 |

| 14 | Jenkens & Gilchrist, P.C.<br>225 W. Washington, Suite 2600<br>Chicago, IL 60606 |
|----|---|
| 15 | Leonard D. Elkun, M.D., S.C.<br>411 West Ontario Street, Suite 402<br>Chicago, IL 60610 |
| 16 | MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 |
| 17 | Mercedes-Benz Credit<br>2050 Roanoke Road<br>Westlake, TX 76262 |
| 18 | Monroe Passis (deceased) and Ida Passis<br>387 Moraine Rd<br>Highland Park, IL 60035-1935 |
| 19 | Much Shelist<br>191 N. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| 20 | North Shore Medical<br>480 Elm Place<br>Highland Park, IL 60035 |
| 21 | North Shore Medical Center<br>480 Elm Place<br>Highland Park, IL 60035 |
| 22 | Paul Heath Audio<br>2036 North Clark Street<br>Chicago, IL 60614 |
| 23 | Phyllis and Irv Sommer<br>1122 N. Dearborn, Apt. 18J<br>Chicago, IL 60610 |
| 24 | Porsche<br>4343 Commerce Court, P.O. Box 4253<br>Lisle, IL 60532-9253 |
| 25 | Souma Diagnostics, Ltd.<br>P.O. Box 11690<br>Chicago, IL 60611-1690 |
| 26 | University of Chicago<br>MC 1115<br>5841 South Maryland Ave.<br>Chicago, IL 60637 |
| 27 | Winnetka Dental Group, Ltd.<br>716 Elm Street<br>Winnetka, IL 60093 |

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

Debtor's Signature _____ Date 7/19/04        Joint Debtor's Signature _____ Date 7/19/04

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of** _____Illinois_____

In re _____Steven and Laurie Sharp_____,        Case No. _____
                    **Debtor**                                              **(If known)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $ 1,250,000 | | |
| B - Personal Property | Yes | 4 | $ 808,545.23 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 874,854 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 1,967.578.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,952.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 13,306 |
| Total Number of Sheets of ALL Schedules ➤ | | 21 | | | |
| Total Assets ➤ | | | $ 2,058,545.20 | | |
| Total Liabilities ➤ | | | | $ 2,842,432.40 | |

FORM B6A
(6/90)

In re _____Steven and Laurie Sharp_____,        Case No. _____
                            Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2506 St. Johns Avenue Highland Park, IL 60035 | Residence | J | $1,250,000 | $874,854 |
| | | Total▶ | $1,250,000 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re _____ Steven and Laurie Sharp _____,   Case No. _____
       **Debtor**             (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | H | $100 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank One checking account, Account #1110030050634 Highland Park, IL 60035 Bank One checking account, Account #661922302 Bank One checking account, Account #661921833 | J H W | $1,500 $700 $1,000 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Kitchenware and computer, furniture and furnishings at 2506 St. Johns Avenue, Highland Park, IL 60035 | J | $2,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures and other art objects, antiques, compact discs and other collections or collectibles | J | $400 |
| 6. Wearing apparel. | | Wearing apparel | J | $1,500 |
| 7. Furs and jewelry. | | Jewelry | J | $6,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports, photograpic and other hobby equipment | J | $25 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln Benefit Life (Steven Lefton Sharp Living Trust is the beneficiary) Jefferson Pilot Term Policy (Laurie Hope Sharp beneficiary of policy in the name of Steven Lefton Sharp) | J | net surrender value $130 $0 |
| 10. Annuities. Itemize and name each issuer. | x | | | |

FORM B6B-Cont.
(10/89)

In re _____ Steven and Laurie Sharp _____ ,          Case No. _____
                        Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Bank One, Roth IRA<br>Bank One, Roth IRA | H<br>W | $45<br>$145 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Geo Zoltan Lefton Co. an Illinois Corp., Stockholder, R.S.C. Sales, Inc., an Illinois Corp., OPE Family Limited Partnership, SLA Corp, a Delaware Corporation | H | $0 |
| 13. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 15. Accounts receivable. | x | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Undetermined at this time. Matters pending. In re: The Marriage of Laurie Sharp and Steven Sharp, Case No. 04 D 759, 19th Judicial Circuit, Lake County, Illinois | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | See Attached | | $795 000.23<br>$795,00.23 |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |

FORM B6B-cont.
(10/89)

In re _____ Steven and Laurie Sharp _____ ,        Case No. _____
                    **Debtor**                                                      (if known)

# SCHEDULE B -PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops – growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

_____ continuation sheets attached     Total▶ | $ 808,545.23

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

SCHEDULE B -- PERSONAL PROPERTY

18.

1.    Steven Lefton Sharp is a beneficiary of the Margo Trust No. 1 Uad
9/14/78. His value in this trust was $46,079.50 on July 16, 2004. Account
No. 303461.2 at Front Barnett Associates LLC, 70 West Madison Street,
Suite 4920, Chicago, IL 60602.

2.    Steven Lefton Sharp is the sole beneficiary of the Margo Trust No. 2A
Uad 9/14/78. His value in this trust was $267,639.42 on July 16, 2004.
Account No. 303462.2 at Front Barnett Associates LLC, 70 West Madison
Street, Suite 4920, Chicago, IL 60602.

3.    Steven Lefton Sharp is the sole beneficiary of the Steven L. Sharp Trust
#2 dated September 14, 1978. The value in this trust was $481,281.31 on
July 16, 2004 at Front Barnett Associates LLC, 70 West Madison Street,
Suite 4920, Chicago, IL 60602. Steven Lefton Sharp is believed to have
the right to withdraw $1/3^{rd}$ of the trust assets upon reaching the age of 35
years. He is 35 years old and may be entitled to withdraw approximately
$45,000. It is believed that the remaining assets in this trust may be
withdrawn $1/2$ on his 40th birthday and $1/2$ on his 45th birthday.

FORM B6C
(6/90)

In re ___Steven and Laurie Sharp___,          Case No. _____
           Debtor                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wearing Apparel Clothing | 735 ILCS 5/12-1001(a) | $1,500 | 1,500 |
| Checking, Savings and Other Financial Accounts, Certificates of Deposit Bank One, Chicago, IL Account # | 735 ILCS 5/12-1001(b) | $500 | $500 |
| Household Goods and Furnishings | 735 ILCS 5/12-1001(b) | $300 | $2,000 |
| Books, pictures and other objects, antiques, compact discs and other collections and collectibles | 735 ILCS 5/12-1001(b) | $400 | $400 |
| Jewelry | 735 ILCS 5/12-1001(b) | $800 | $6000 |

FORM B6C
(6/90)

In re _____ Steven and Laurie Sharp _____,                Case No. _____
                              Debtor                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☑  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Interest in Insurance Policies | 735 ILCS 5/2-1001(f) | $130 | $130 |
| Professional Books | 735 ILCS 5/2-1001(d) | $100 | $100 |
| Homestead Exemption 2506 St. Johns Avenue Highland Park, IL 60035 | 735 ILCS 5/12-901 | $15,000 | $1.25 Million |
| Beneficiary of Trusts | 735 ILCS 5/2-1403 | $750,000 | $795,000.23 |

Form B6D
(12/03)

In re _____ Steven and Laurie Sharp _____,        Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MLN0290038745 Cole Taylor Bank P.O. Box 88483 Chicago, Illinois 60680 | | J | March 12, 2001-Present Mortgage Residency with an approximate value of $1,250,000 VALUE $ 1,250,000 | | ✓ | | $839,000 | |
| ACCOUNT NO. Phyllis and Irv Sommer 1122 N. Dearborn, Apt. 18J Chicago, IL 60610 | | J | April 25, 2003-Present Assignment of the Beneficial Interest of residency (Second mortgage to Cole Taylor Bank above) VALUE $ $1,250,000 | | ✓ | | $ 35,854 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ▶    $ 874,854
(Total of this page)

Total ▶    $ 874,854
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6E
(Rev.4/01)

In re _____Steven and Laurie Sharp_____,          Case No._____
                              Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(Rev.4/01)

In re _____Steven and Laurie Sharp_____ ,        Case No. _____
                          Debtor                                                    (if known)

☐ **Alimony, Maintenance, or Support**

  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

Form B6F (12/03)

In re _____Steven and Laurie Sharp_____,          Case No. _____

          Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank One, N.A.<br>1 Bank One Plaza<br>Mail Code IL1-0738<br>Chicago, IL 60670-0738 | | H | 01/31/2001  Summary Judgment Motion is pending against Steven Sharp, Case No. 03 L 002675, Circuit Court of Cook County, Illinois. Steven Sharp did not file a response to the Summary Judgment Motion.  Margo Lefton was the codebtor of this obligation, but her debt was discharged in bankruptcy. | | ✓ | | $179,759.15 |
| ACCOUNT NO.<br><br>Bank One, N.A.<br>Guarantee of R.C.S. Sales, Inc. debts<br>1 Bank One Plaza<br>Mail Code IL1-0738<br>Chicago, IL 60670-0738 | | J | 07/10/2001  Summary Judgment Motion is pending against R.C.S. Sales, Inc., Case No. 03 L 002675 Circuit Court of Cook County, Illinois. It is alleged that Steven Sharp and Laurie Sharp guaranteed this debt.  No response to the Summary Judgment Motion was filed. | | ✓ | | $168,867.73 |
| ACCOUNT NO.    0900780735<br><br>Fifth Third Bank<br>346 W. Carol Lane<br>Elmhurst, IL 60126 | | H | Summary Judgment entered against Steven Sharp on April 15, 2004, Case No. 02 L 15442, Circuit Court of Cook County, Illinois | | | | $286,975.00 |
| ACCOUNT NO.<br><br>Bank One, N.A.<br>1 Bank One Plaza<br>Mail Code IL1-0738<br>Chicago, IL 60670-0738 | | J | 07/10/2001.  Summary Judgment Motion is pending against Steven Sharp and Laurie Sharp, Case No. 03 L 002675, Circuit Court of Cook County, Illinois.  No response to the Summary Judgment Motion was filed. | | ✓ | | $112,236.81 |

                    x   continuation sheets attached          Subtotal ▶   $ 747,838.69
                                                              Total ▶      $ 1,967,578.40
                              (Report also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ Steven and Laurie Sharp _____ ,        Case No. _____
                    Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    N/A <br><br> University of Chicago <br> MC 1115 <br> 5841 South Maryland Ave. <br> Chicago, IL 60637 | | H | September 2000. Unfunded Pledge to the University of Chicago, Department of Pediatrics | | X | | $161,295.00 |
| ACCOUNT NO. <br><br> Bank One, N.A. <br> 1 Bank One Plaza, Mail Code IL 1-0738 <br> Chicago, IL 60670-0738 | | J | July 10, 2001 Summary Judgment Motion is pending against Steven Sharp and Lauri Sharp, Case No. 03 L 002675, Circuit Court of Cook County, Illinois. No response to the Summary Judgment Motion was filed. | | X | | $95,401.28 |
| ACCOUNT NO.    5401261937693689 <br><br> MBNA America <br> P.O. Box 15137 <br> Wilmington, DE 19886-5137 | | H | | | X | | $39,612.62 |
| ACCOUNT NO. <br><br> Duane Morris LLP <br> One Liberty Place <br> Philadelphia, PA 19103-7396 | | H | | | X | | $36,291.51 |
| ACCOUNT NO. <br><br> Monroe Passis (deceased) and Ida Passis <br> 387 Moraine Rd <br> Highland Park, IL 60035-1935 | | H | | | X | | 790,000.00 + interes |

Sheet no. _1_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  1,122,600.40
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Steven and Laurie Sharp_____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5183370800291440<br><br>Chase<br>P.O. Box 52195<br>Phoenix, AZ 85072-2195 | | H | Credit card debt | | X | | $20,058.07 |
| ACCOUNT NO.   4128003554657455<br><br>Citi Cards<br>P.O. Box 6412<br>The Lakes, NV 88901-6412 | | H | Credit card debt | | X | | $19,066.40 |
| ACCOUNT NO.   0001150<br><br>Much Shelist<br>191 N. Wacker Dr., Suite 1800<br>Chicago, IL 60606 | | J | 01/03/2002-02/01/2003, legal services | | X | | $11,848.41 |
| ACCOUNT NO.   5100006999<br><br>Porsche<br>4343 Commerce Court, P.O. Box 4253<br>Lisle, IL 60532-9253 | | H | 12/04/2003, balance owed on automobile | | X | | $9,470.26 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  60,443.14
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Steven and Laurie Sharp_____,     Case No. _____
          **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4128003737934714<br><br>Citi Cards<br>P.O. Box 6407<br>The Lakes, NV 88901-6407 | | W | Credit card debt | | X | | $9,038.72 |
| ACCOUNT NO.<br><br>Leonard D. Elkun, M.D., S.C.<br>411 West Ontario Street, Suite 402<br>Chicago, IL 60610 | | H | Various dates; medical services | | X | | $5,735.00 |
| ACCOUNT NO.<br><br>Paul Heath Audio<br>2036 North Clark Street<br>Chicago, IL 60614 | | H | | | X | | $5,631.45 |
| ACCOUNT NO.<br><br>Gesas, Pilati, Gesas and Golin, Ltd.<br>53 West Jackson Boulevard, Suite 528<br>Chicago, IL 60604 | | J | Legal services | | X | | $3,777.20 |
| ACCOUNT NO.   47788<br><br>Jenkens & Gilchrist, P.C.<br>225 W. Washington, Suite 2600<br>Chicago, IL 60606 | | J | Legal services | | X | | $3,524.67 |

Sheet no. _3_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ 27,707.04
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Steven and Laurie Sharp_____,          Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   7900178531 <br><br> Mercedes-Benz Credit <br> 2050 Roanoke Road <br> Westlake, TX 76262 | | H | Automobile lease termination charges | | X | | $1,136.47 |
| ACCOUNT NO.   53476 <br><br> Dr. Myron Bornstein <br> 1950 Sheridan Road <br> Highland Park, IL 60035 | | H | Medical services | | X | | $2,900 |
| ACCOUNT NO.   95700 <br><br> Winnetka Dental Group, Ltd. <br> 716 Elm Street <br> Winnetka, IL 60093 | | H | Dental services | | X | | $1,695.21 |
| ACCOUNT NO. <br><br> Frank Vena Landscaping <br> 1441 McDaniels Avenue <br> Highland Park, IL 60035 | | H | 2003, landscaping services | | X | | $1,251.50 |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. _4_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ 6,983.18
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Steven and Laurie Sharp_____,          Case No. _____
                              Debtor                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     6428-2506<br><br>North Shore Medical<br>480 Elm Place<br>Highland Park, IL 60035 | | H | Medical services | | X | | $126.40 |
| ACCOUNT NO.<br><br>Souma Diagnostics, Ltd.<br>P.O. Box 11690<br>Chicago, IL 60611-1690 | | W | Medical services | | X | | $370.80 |
| ACCOUNT NO.     6681-2506<br><br>North Shore Medical Center<br>480 Elm Place<br>Highland Park, IL 60035 | | W | 07/16/2003, medical services | | X | | $126.00 |
| ACCOUNT NO.<br><br>Andrew Lazar, MD<br>767 Park Ave West, #130<br>Highland Park, IL 60035 | | H | 03/30/2004, medical services | | X | | $183.00 |
| ACCOUNT NO.<br><br>Auction in London<br>address unknown | | H | | | | | $1,200.00 |

Sheet no. _5_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $  2,006.20
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

B6G
(10/89)

In re ___Steven and Laurie Sharp_____ ,        Case No._____
                    Debtor                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Phyllis and Irv Sommer (Lessor) 1122 N. Dearborn, Apt. 181 Chicago, IL 60610 | Lease for 2004 Honda Pilot driven by Laurie Sharp $464.00/month |
| Jeffrey and Eileen Kosoy (Lessor) 33900 Berwick Lane Gurnee, IL 60031 | Lease for 1986 Porsche ~~928~~ *928S* driven by Steven Sharp $485.00/month, five year term |
| Shermer Place (Lessor) 1950 Farnsworth Lane Apt. 209 Northbrook, IL 60062 | Lease for apartment for Steven Sharp, one year term prepaid beginning July 15, 2004, $24,000 annual rent |
| Divi Little Bay Phillipsburg, St. Marteen | Timeshare vacation home, 32 weeks remaining, $575.00 annual maintenance |
| *Irv and Phyllis Sommer and Laurie Sharp (Lessee)* *2324 Lily Lane* *Glenview, il 60025* *Christine + Allan Neumann (Lessor)* *1460 Ridge* *Northbrook, IL 60062* | *Lease term 8/1/04 — 7/31/06* *Total rent $3,100/month; Laurie Sharp to pay $1,550.* |

B6H
(6/90)

In re _Steven and Laurie Sharp_____,      Case No. _____
                    **Debtor**                                           (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| R.C.S. Sales, Inc.<br>(address unknown, corporation no longer in business)<br>Co-Defendant in Bank One, N.A. v. Steven Sharp et al., Case No. 03 L 002475, Circuit Court of Cook County, Illinois, Law Division. Debtors are believed to be guarantors. | |

FORM B6I
(6/90)

In re   Steven and Laurie Sharp                           ,          Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | Alexandra Sommer Sharp | 5 | Daughter |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | None | Preschool teacher |
| Name of Employer | None | Congregation B'nai Torah |
| How long employed | None | 1 year |
| Address of Employer | | 2789 Oak Street
Highland Park, IL 60035 |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0 | $ 138.33 |
| Estimated monthly overtime | $ 0 | $ 0 |
| SUBTOTAL | $ 0 | $ 138.33 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0 | $ 10.58 |
| b. Insurance | $ 0 | $ 0 |
| c. Union dues | $ 0 | $ 0 |
| d. Other (Specify: _____ ) | $ 0 | $ 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ 10.58 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ 127.75 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ 0 |
| Income from real property | $ 0 | $ 0 |
| Interest and dividends | $ $825 | $ 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ Unknown |
| Social security or other government assistance (Specify) _____ | $ 0 | $ 0 |
| Pension or retirement income | $ 0 | $ 0 |
| Other monthly income | $ $4,000 | $ 0 |
| (Specify) Discretionary trust distributions from Spendthrift trust | $ | $ |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 4,825 | $ 127.75 |

TOTAL COMBINED MONTHLY INCOME   $ $4,952.75          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:  SEE ATTACHED

Schedule I continued

Steven Sharp is anticipating starting part-time employment on August 2, 2004 at Allstate Appraisal located at 320 West 202nd Street, Chicago Heights, Illinois, 60411. His hourly wage will be $9.00/hr.

Laurie Sharp is employed for seven weeks at Congregation B'nai Torah Preschool Day Camp. Gross pay is estimated at $1,275.

FORM B6J
(6/90)

In re _____ ,                          Case No. _____
              Debtor                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 5,730 |
| Are real estate taxes included?     Yes _____   No __✔__ | |
| Is property insurance included?     Yes _____   No __✔__ | |
| Utilities     Electricity and heating fuel | $ 450 |
| Water and sewer | $ 45 |
| Telephone | $ 310 |
| Other   Garbage, alarm, cable | $ 139 |
| Home maintenance (repairs and upkeep) | $ 240 |
| Food | $ 800 |
| Clothing | $ 200 |
| Laundry and dry cleaning | $ 30 |
| Medical and dental expenses | $ 400 |
| Transportation (not including car payments) | $ 0 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200 |
| Charitable contributions | $ 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 107 |
| Life | $ 381 |
| Health | $ 1,140 |
| Auto | $ 127 |
| Other   Umbrella and personal property | $ 90 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 1,625 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 949 |
| Other _____ | $ 0 |
| Other _____ | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other   School and camp | $ 343 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 13,306 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
|                                          (interval) | |

Form 7
(9/00)

### FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

Northern     **DISTRICT OF**     Illinois

In re: _____Steven and Laurie Sharp_____,    Case No. _____
           (Name)                                                       (if known)
                           Debtor

### STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

     **1.  Income from employment or operation of business**

None
☐
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $ 4,500.00 | Elite Promotions - 2003 (Steven Sharp) |
| $ 1,100.00 | Advisory & Intermediary Services - 2003 (Steven Sharp) |
| $ 385.00 | Congregation B'nai Torah - 2003-2004 (Laurie Sharp) |

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $ 864.00/month | Illinois Unemployment (exact amount unknown, maximum benefits received) |
| See Attached | Payments from Spendthrift Trust |

**3. Payments to creditors**

None ☒    a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☒    b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Frank Vena Landscaping v. Steven L Sharp, Case No. 04 SC 2554 | Breach of Contract | Nineteenth Judicial Circuit, Lake County, Illinois | Pending |
| Cole Taylor Bank v. Steven Lefton Sharp, et al., Case No. 04 CH 225 | Foreclosure | Nineteenth Judicial Circuit, Lake County, Illinois | Pending (See Attached) |

3

None
[A]

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5.  Repossessions, foreclosures and returns**

None
[X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Porsche Financial Services 4343 Commerce Court P.O. Box 4253 Lisle, Illinois 60532-9253 | December 4, 2003 | 1996 Porsche 911, value did not exceed amount owed |

---

**6.  Assignments and receiverships**

None
[X]

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None
[A]

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

4

**7.  Gifts**

None 

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None 

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attached

---

**10.  Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Irv & Phyllis Sommer | Lease 2004 Honda Pilot $32,000 | Highland Park, IL |
| Jeff & Eileen Kosoy | Lease 1986 Porsche V285 $27,500 | Highland Park, IL |

**15. Prior address of debtor**

None ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT       NOTICE           LAW

---

None ☒

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL

7

AND ADDRESS       OF GOVERNMENTAL UNIT       NOTICE    LAW

None
[X]

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
     respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
     was a party to the proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
[ ]

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
     and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
     executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six
     years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of
     the voting or equity securities within the six years immediately preceding the commencement of this case.
          If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
     businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
     percent or more of the voting or equity  securities, within the six years immediately preceding the
     commencement of this case.
          If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
     businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
     percent or more of the voting or equity securities within the six years immediately preceding the
     commencement of this case.

| NAME | TAXPAYER<br>I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|
| Geo Zoltan Lefton Co. | | 3622 S. Morgan St.<br>Chicago, IL 60609 | Importing/Wholesale<br>Distribution in Giftware<br>Industry | 1991-2001<br>Also see attached |

---

None
[X]

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
     defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an
officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in
business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Africk Chez P.C.<br>770 Lake Cook Road, Suite 350<br>Deerfield, IL 60015 | 2001-2004 |

None ☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Steven Lefton Sharp<br>Africk Chez P.C. | 2506 St. Johns Avenue, Highland Park, IL 60035<br>770 Lake Cook Road, Suite 350, Deerfield, IL 60015 |

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

9

**21 . Current Partners, Officers, Directors and Shareholders**

None
[X]

a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST

None
[X]

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
corporation.

NAME AND ADDRESS          TITLE              NATURE AND PERCENTAGE
                                             OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
[X]

a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
preceding the commencement of this case.

NAME                      ADDRESS            DATE OF WITHDRAWAL

None
[X]

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
within one year immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
[X]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during one year immediately preceding the commencement of this case.

NAME & ADDRESS                               AMOUNT OF MONEY
OF RECIPIENT,             DATE AND PURPOSE   OR DESCRIPTION
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL      AND VALUE OF PROPERTY

10

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION    TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND    TAXPAYER IDENTIFICATION NUMBER

---

\* \* \* \* \* \*

Form 7, paragraph 2 continued

Amount of Income from Steven Lefton Sharp Spendthrift Trust from July 19, 2002 to
July 19, 2004 is $320,728.00.  This includes all trust related fees to Front Barnett and
LaSalle Trust and Wealth Department.

Form 7, Paragraph 4a continued

| | | | |
|---|---|---|---|
| Bank One, N.A. et al v. RCS Sales, et al. Case No. 03 L 002475 | Breach of Contract | The Circuit Court of Cook County, Illinois, Law Division | Pending |
| Fifth Third Bank v. Steven Sharp Case No. 02 L 015442 | Breach of Contract | The Circuit Court of Cook County, Illinois, Law Division | Summary Judgment for Plaintiff |
| John N. Lefton v. Geo Zoltan Lefton Co., et al. Case No. 04 CH 03074 | Breach of Contract | The Circuit Court of Cook County, Illinois, Chancery Division | Pending |

Form 7, Paragraph 9

**Pyes & Cherin**
**29 South LaSalle Street, Suite 430**
**Chicago, Illinois 60603**

| | |
|---|---|
| 4/2003 | $25,000 |
| 9/10/2003 | $2,900 |
| 9/26/2003 | $1,000 |

These were sums paid for representation in litigation with Bank One, Fifth Third Bank and for financial counseling.

**Gesas Pilati Gesas and Golin Ltd.**
**53 W. Jackson Blvd, Suite 528**
**Chicago, Illinois 60604**

Debtors paid this firm $3,000 for debt counseling on or about May 14, 2003.

**Kaplan & Greenswag LLC**
**181 Waukegan Road, Suites 301 & 302**
**Northfield, Illinois 60093**

| | |
|---|---|
| 1/9/2004 | $10,000 |
| 4/29/2004 | $3,000 |
| 5/24/2004 | $4,500 |
| 7/19/2004 | $5,000 |

These were sums paid for representation in litigation with Bank One, Fifth Third Bank, Cole Taylor Bank, John Lefton, for credit counseling and for preparation of bankruptcy documents.

Form 7, paragraph 18a continued

| RCS Sales Inc. | New York, NY | Wholesale distribution in Jewelry Industry | 1994 - 1999 |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __7/19/04__   Signature of Debtor _____

Date __7/19/04.__   Signature of Joint Debtor (if any) __Laurie Sharp.__

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature _____

Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____   _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____   _____
Signature of Bankruptcy Petition Preparer                       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

114-1