# Jodi E. Gimbel, P.C.
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

555 Skokie Blvd., Suite 260, Northbrook, IL 60062
Office: 847.504.0190 • Fax: 847.498.9073
E-Mail: jgimbel@gimbelcpa.com

## INVOICE

Ilene Goldstein, Trustee  July 9, 2007
Law Offices of Ilene F. Goldstein, Chartered
850 Central Street
Suite 200
Highland Park, IL 60035

Re: Steven and Laurie Sharp
Case No 04-26778 ABG

For services provided through July 9, 2007
as follows:

| Date | Description | Person | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/20/2007 | Meeting to review file and determine tax filing requirements and status of missing information | J. Gimbel | 0.30 | 175.00 | 52.50 |
| 7/9/2007 | Review documents for sale of real estate time share, personal jewelry and personal residence to determine tax filing requirements for 2004 and 2005 | J. Gimbel | 1.80 | 175.00 | 315.00 |
| 7/9/2007 | Prepare 2004 tax returns | J. Gimbel | 3.20 | 175.00 | 560.00 |
| 7/9/2007 | Preparation of Power of Attorney forms for federal and Illinois expedited audit requests | J. Gimbel | 0.30 | 175.00 | 52.50 |
| 7/9/2007 | Prepare letter regarding filing requirements for 2005 transactions | J. Gimbel | 1.00 | 175.00 | 175.00 |
| | Out of Pocket Costs for computer charges for tax preparation | | | | 72.00 |
| | Postage | | | | 4.85 |
| | **TOTAL** | | | | **$ 1,231.85** |