UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| STEVEN LOFTON SHARP and, | ) | CASE NO.  04-26778 |
| LAURIE HOPE SHARP, | ) | |
| | ) | |
| DEBTORS | ) | JUDGE A. BENJAMIN GOLDGAR |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** Ilene F. Goldstein
Registrant's e-mail: ifgolds@aol.com

**Please Take Notice** that on Friday, April 10, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: April 10, 2009          BY:    /s/ Dean C. Harvalis
                                       Dean C. Harvalis, Attorney
                                       Assistant U.S. Trustee
                                       OFFICE OF THE U.S. TRUSTEE
                                       219 SOUTH DEARBORN, ROOM 873
                                       CHICAGO, ILLINOIS  60604
                                       (312) 886-5785

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Local Rule 9013-3(D) the above **Certificate of Review of Trustee's Final Report** was filed on April 10, 2009, and served on all parties identified as Registrants on the service list above through the Court's Electronic Notice for Registrants on April 10, 2009.

/s/ Dean C. Harvalis