**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: <br> SHARP, STEVEN LEFTON <br> SHARP, LAURIE HOPE <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 04-26778 ABG <br><br> JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois, 60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar

   on: **May 15, 2009**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $           128,542.83

   b. Disbursements                         $            48,413.14

   c. Net Cash Available for Distribution   $            80,129.69

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $9,486.80 |
| Jodi E. Gimbel,P.C. (Trustee's Firm Accounting Expenses) | 76.85 | $00.00 |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 1,102.50 | $52.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 208.50 | $566.45 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 17,851.00 | $12,314.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $952,031.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.06%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Duane Morris LLP & Daniel Kohn, Esq | $ 39,291.51 | $ 2,381.77 |
| 2 | Much Shelist; attn: Norman B. Newman | $ 11,848.41 | $ 718.22 |
| 3 | Dr. Myron Bornstein | $ 2,900.00 | $ 175.79 |
| 4 | Paul Heath Audio | $ 5,631.45 | $ 341.37 |
| 5 | Gesas, Pilati, Gesas and Golin, Ltd. | $ 3,777.20 | $ 228.96 |
| 6 | Citibank NA | $ 19,783.29 | $ 1,199.22 |

| | | | |
|---|---|---|---|
| 7 | JP Morgan Chase Bank | $ 581,825.40 | $ 35,268.89 |
| 8 | The Cadle Company II, Inc as assignee for Fifth Third Bank | $ 286,974.55 | $ 17,395.72 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:NONE


Dated: **April 17, 2009**                         For the Court,


                                                  **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the U.S. Bankruptcy Court
                                                  219 S. Dearborn Street; 7th Floor
                                                  Chicago, IL  60604

Trustee:   ILENE F. GOLDSTEIN
Address:   Law Offices of Ilene F. Goldstein, Chartered
           850 Central Ave.
           Suite 200
           Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                   Date Rcvd: Apr 17, 2009
Case: 04-26778                Form ID: pdf002             Total Served: 40


The following entities were served by first class mail on Apr 19, 2009.
db/jdb         +Steven Lefton Sharp,    Laurie Hope Sharp,    2506 Saint Johns Avenue,
                 Highland Park, IL 60035-1946
aty            +425 Huehl Road  Suite 16b,    Northbrook, IL 60062-2366
aty            +Daniel S. Kaplan,    Kaplan & Greenswag LLC,    181 Waukegan Road,    Suite 205,
                 Northfield, IL 60093-2700
aty            +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
                 Highland Park, IL 60035-3278
aty            +Michael L Ralph, Sr,    Ralph, Schwab & Schiever, Chtd,    175 E Hawthorn Pkwy Ste 345,
                 Vernon Hills, IL 60061-1460
aty            +Naheed Amdani Memon,    Kaplan & Greenswag LLC,    181 Waukegan Road,    Suite 301 & 302,
                 Northfield, IL 60093-2755
aty            +Richard A Greenswag,    181 Waukegan Road,    Suite 301 & 302,    Northfield, IL 60093-2755
tr             +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                 Highland Park, IL 60035-3278
8318623        +Andrew Lazar, MD,    767 Park Ave West, #130,    Highland Park, IL 60035-2430
8318625         Bank One, N.A.,    1 Bank One Plaza,    Mail Code IL1-0738,    Chicago, IL 60670-0738
8318626         Bank One, N.A.,    Guarantee of R.C.S. Sales, Inc. debts,    1 Bank One Plaza,    Mail Code IL1-0738,
                 Chicago, IL 60670-0738
8318627         Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8318628         Citi Cards,    P.O. Box 6412,    The Lakes, NV 88901-6412
8318629         Citi Cards,    P.O. Box 6407,    The Lakes, NV 88901-6407
8820828        +Citibank NA,    Exception Payment Processing,    POB 6305,    The Lake NV 88901-6305
8318630        +Cole Taylor Bank,    P.O. Box 88483,    Chicago, Illinois 60680-1483
8318608        +Daniel S. Kaplan,    Kaplan & Greenswag LLC,    181 Waukegan Road, Suites 301 & 302,
                 Northfield, IL 60093-2755
8318631         Dr. Myron Bornstein,    1770 Fiest St,    Highland Park, IL 60035
8318632        +Duane Morris LLP,    One Liberty Place,    Philadelphia, PA 19103-4201
8604808        +Duane Morris LLP,    Daniel Kohn Esq,    227 W Monroe Street,    Suite 3400,
                 Chicago IL 60606-5098
8318633        +Fifth Third Bank,    346 W. Carol Lane,    Elmhurst, IL 60126-1030
8318634        +Frank Vena Landscaping,    1441 McDaniels Avenue,    Highland Park, IL 60035-3648
8318622        +Gesas, Pilati, Gesas and Golin, Ltd.,    53 West Jackson Boulevard, Suite 528,
                 Chicago, IL 60604-3617
8912496        +JP Morgan Chase Bank,    Francis J Pendergast III,    Crowley & Lamb PC,
                 350 N LaSalle Street Suite 900,    Chicago IL 60654-5136
8318609        +Jenkens & Gilchrist, P.C.,    225 W. Washington, Suite 2600,    Chicago, IL 60606-2418
8318610        +Leonard D. Elkun, M.D., S.C.,    411 West Ontario Street, Suite 402,    Chicago, IL 60654-6945
8318611         MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
8318612        +Mercedes-Benz Credit,    2050 Roanoke Road,    Westlake, TX 76262-9616
8318613         Monroe Passis and Ida Passis,    387 Moraine Rd,    Highland Park, IL 60035-1935
8318614        +Much Shelist,    191 N. Wacker Dr., Suite 1800,    Chicago, IL 60606-1631,    Attn Norman B Newman
8318615        +North Shore Medical,    480 Elm Place,    Highland Park, IL 60035-2538
8318616        +North Shore Medical Center,    480 Elm Place,    Highland Park, IL 60035-2538
8318617        +Paul Heath Audio,    2036 North Clark Street,    Chicago, IL 60614-4713
8318618        +Phyllis and Irv Sommer,    1122 N. Dearborn, Apt. 18J,    Chicago, IL 60610-5072
8318619         Porsche,    4343 Commerce Court, P.O. Box 4253,    Lisle, IL 60532-9253
8318620        +Souma Diagnostics, Ltd.,    P.O. Box 11690,    Chicago, IL 60611-0690
8318607        +Steven and Laurie Sharp,    2506 St. Johns Avenue,    Highland Park, IL 60035-1946
8318621        +University of Chicago,    MC 1115,    5841 South Maryland Ave.,    Chicago, IL 60637-1447
8318624        +Winnetka Dental Group, Ltd.,    716 Elm Street,    Winnetka, IL 60093-2556

The following entities were served by electronic transmission on Apr 18, 2009.
8916433        +E-mail/Text: megan.young@cadleco.com                          The Cadle Company II, Inc,
                 Attention 02930346 & 02930347,    100 North Center Street,    Newton Falls OH 44444-1321
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Apr 17, 2009
Case: 04-26778               Form ID: pdf002          Total Served: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**            **Signature:**     *Joseph Speetjens*