# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: SHARP, STEVEN LEFTON | § | Case No. 04-26778 |
| SHARP, LAURIE HOPE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,025.00 | Assets Exempt: $767,130.00 |
| Total Distribution to Claimants: $82,718.09 | Claims Discharged Without Payment: $2,495,402.41 |
| Total Expenses of Administration: $42,026.10 | |

3) Total gross receipts of $ 128,550.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,806.79 (see **Exhibit 2**), yielded net receipts of $124,744.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 42,026.10 | 42,026.10 | 42,026.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,601,088.69 | 952,031.81 | 952,031.81 | 57,718.09 |
| **TOTAL DISBURSEMENTS** | $1,601,088.69 | $1,019,057.91 | $1,019,057.91 | $124,744.19 |

    4) This case was originally filed under Chapter 7 on July 20, 2004.
. The case was pending for 63 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/02/2009        By:  /s/ILENE F. GOLDSTEIN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 49,298.64 |
| WEARING APPAREL AND JEWELRY | 1129-000 | 1,500.00 |
| WEARING APPAREL AND JEWELRY | 1129-000 | 6,000.00 |
| ACCOUNTS RECEIVABLE Trust Accounts | 1129-000 | 67,195.00 |
| Timeshare St Maartens | 1229-000 | 2,000.00 |
| Interest Income | 1270-000 | 2,557.34 |
| **TOTAL GROSS RECEIPTS** | | **$128,550.98** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STEVEN AND LAURIE SHARP | EXEMTIONS FOR HOMESTEAD | 8100-002 | 3,806.79 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,806.79** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Irv and Phyllis Sommer | 4110-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $25,000.00 | $25,000.00 | $25,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 9,486.80 | 9,486.80 | 9,486.80 |
| Jodi E. Gimbel, P.C. | 3320-000 | N/A | 76.85 | 76.85 | 76.85 |
| Jodi E. Gimbel, P.C. | 3410-000 | N/A | 1,155.00 | 1,155.00 | 1,155.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 774.95 | 774.95 | 774.95 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 30,165.00 | 30,165.00 | 30,165.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 170.91 | 170.91 | 170.91 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 59.52 | 59.52 | 59.52 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 68.85 | 68.85 | 68.85 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 68.22 | 68.22 | 68.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 42,026.10 | 42,026.10 | 42,026.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Duane Morris LLP & Daniel Kohn, Esq | 7100-000 | N/A | 39,291.51 | 39,291.51 | 2,382.10 |
| Much Shelist; attn: Norman B. Newman | 7100-000 | N/A | 11,848.41 | 11,848.41 | 718.32 |
| Dr. Myron Bornstein | 7100-000 | N/A | 2,900.00 | 2,900.00 | 175.82 |
| Paul Heath Audio | 7100-000 | N/A | 5,631.45 | 5,631.45 | 341.41 |
| Gesas, Pilati, Gesas and Golin, Ltd. | 7100-000 | N/A | 3,777.20 | 3,777.20 | 229.00 |
| Citibank NA | 7100-000 | N/A | 19,783.29 | 19,783.29 | 1,199.39 |
| JP Morgan Chase Bank | 7100-000 | N/A | 581,825.40 | 581,825.40 | 35,273.87 |
| The Cadle Company II, Inc as assignee for Fifth Third Bank | 7100-000 | N/A | 286,974.55 | 286,974.55 | 17,398.18 |
| Jenkens & Gilchrist P.C. | 7100-000 | 3,524.67 | N/A | N/A | 0.00 |
| Porsche | 7100-000 | 9,470.26 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Leonard D. Elkrun M.D. S.C. | 7100-000 | 5,735.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 9,038.72 | N/A | N/A | 0.00 |
| Mercedes-Benz Credit | 7100-000 | 1,136.47 | N/A | N/A | 0.00 |
| North Shore Medical | 7100-000 | 126.40 | N/A | N/A | 0.00 |
| Winnetka Dental Group | 7100-000 | 1,695.21 | N/A | N/A | 0.00 |
| Andrew Lazar M.D. | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| Auction in London address unknown | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| Souma Diagnostics Ltd. | 7100-000 | 370.80 | N/A | N/A | 0.00 |
| North Shore Medical Center | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| Frank Vena Landscaping | 7100-000 | 1,251.50 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 20,058.07 | N/A | N/A | 0.00 |
| University of Chicago | 7100-000 | 161,295.00 | N/A | N/A | 0.00 |
| Monroe Passis (deceased) and Ida Passis | 7100-000 | 790,000.00 | N/A | N/A | 0.00 |
| Bank One, N.A. | 7100-000 | 112,236.81 | N/A | N/A | 0.00 |
| Bank One N.A. | 7100-000 | 95,401.28 | N/A | N/A | 0.00 |
| Bank One | 7100-000 | 179,759.15 | N/A | N/A | 0.00 |
| Bank One, N.A. | 7100-000 | 168,867.73 | N/A | N/A | 0.00 |
| MBNA America | 7100-000 | 39,612.62 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,601,088.69 | 952,031.81 | 952,031.81 | 57,718.09 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-26778  
**Case Name:** SHARP, STEVEN LEFTON  
SHARP, LAURIE HOPE  
**Period Ending:** 11/02/09

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/20/04 (f)  
**§341(a) Meeting Date:** 09/02/04  
**Claims Bar Date:** 02/07/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RESIDENCE  Exemptions negotiated see court order (See Footnote) | 1,250,000.00 | 335,000.00 | | 49,298.64 | FA |
| 2 | CASH ON HAND | 100.00 | 100.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS -Bank One Checking1110030050634 | 1,500.00 | 1,000.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS-Bank One Checking 661922302 | 700.00 | 700.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS Bank one Checking 661921833 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 1,700.00 | DA | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS | 400.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL AND JEWELRY | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 9 | WEARING APPAREL AND JEWELRY | 6,000.00 | 5,200.00 | | 6,000.00 | FA |
| 10 | FIREARMS AND HOBBY EQUIPMENT | 25.00 | 25.00 | DA | 0.00 | FA |
| 11 | INTERESTS IN INSURANCE POLICIES | 130.00 | 0.00 | | 0.00 | FA |
| 12 | PENSION PLANS AND PROFIT SHARING Roth IRA | 45.00 | 45.00 | | 0.00 | FA |
| 13 | PENSION PLANS AND PROFIT SHARING Roth IRA | 145.00 | 145.00 | | 0.00 | FA |
| 14 | ACCOUNTS RECEIVABLE Trust Accounts | 795,000.00 | 45,000.00 | | 67,195.00 | FA |
| 15 | Timeshare St Maartens (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,557.34 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$2,060,545.00** | **$393,415.00** | | **$128,550.98** | **$0.00** |

RE PROP# 1  Exemptions negotiated see court order

**Major Activities Affecting Case Closing:**

THE TRUSTEE HAS FILED TAX RETURNS AND RECENTLY HEARD FROM THE IRS. SHE IS PREPARING THE FINAL REPORT AND CLOSING THE FILE.

Printed: 11/02/2009 11:23 AM     V.11.52

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 04-26778  
**Case Name:** SHARP, STEVEN LEFTON  
SHARP, LAURIE HOPE  
**Period Ending:** 11/02/09

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/20/04 (f)  
**§341(a) Meeting Date:** 09/02/04  
**Claims Bar Date:** 02/07/05

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2006        **Current Projected Date Of Final Report (TFR):**   March 31, 2009  (Actual)

Printed: 11/02/2009 11:23 AM    V.11.52

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-26778  
**Case Name:** SHARP, STEVEN LEFTON  
SHARP, LAURIE HOPE  
**Taxpayer ID #:** 13-7424429  
**Period Ending:** 11/02/09

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/06 | | FUNDING ACCOUNT: ********3865 | | 9999-000 | 79,410.41 | | 79,410.41 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 35.36 | | 79,445.77 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 46.27 | | 79,492.04 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 38.12 | | 79,530.16 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 49.04 | | 79,579.20 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 36.05 | | 79,615.25 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 51.05 | | 79,666.30 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 38.93 | | 79,705.23 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 48.27 | | 79,753.50 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 45.88 | | 79,799.38 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 48.33 | | 79,847.71 |
| 10/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 85.36 | | 79,933.07 |
| 11/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 85.45 | | 80,018.52 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 85.54 | | 80,104.06 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 87.13 | | 80,191.19 |
| 02/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 81.48 | | 80,272.67 |
| 03/16/07 | | Transfer to MMA | Transfer to MMA - TDA Reduction debit | 9999-000 | | 500.00 | 79,772.67 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 81.57 | | 79,854.24 |
| 04/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 82.81 | | 79,937.05 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 82.91 | | 80,019.96 |
| 06/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 83.00 | | 80,102.96 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 84.78 | | 80,187.74 |
| 08/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 84.87 | | 80,272.61 |
| 09/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 84.95 | | 80,357.56 |
| 09/17/07 | | Chase | Transfer | 9999-000 | | 1,200.00 | 79,157.56 |
| 09/18/07 | | Chase | Transfer | 9999-000 | | 1,200.00 | 77,957.56 |
| 10/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 84.52 | | 78,042.08 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 82.10 | | 78,124.18 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 82.19 | | 78,206.37 |
| 01/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 70.85 | | 78,277.22 |
| 02/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 73.70 | | 78,350.92 |
| 03/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 67.45 | | 78,418.37 |
| 03/18/08 | | To Account #********3865 | Close CD | 9999-000 | | 78,418.37 | 0.00 |

Subtotals : $81,318.37    $81,318.37

{} Asset reference(s)

Printed: 11/02/2009 11:23 AM    V.11.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 04-26778 | | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | SHARP, STEVEN LEFTON | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | SHARP, LAURIE HOPE | | | **Account:** | ***-*****38-19 - Time Deposit Account |
| **Taxpayer ID #:** | 13-7424429 | | | **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Period Ending:** | 11/02/09 | | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 81,318.37 | 81,318.37 | $0.00 |
| | | | Less: Bank Transfers | | 79,410.41 | 81,318.37 | |
| | | | **Subtotal** | | **1,907.96** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,907.96** | **$0.00** | |

{} Asset reference(s)

Printed: 11/02/2009 11:23 AM    V.11.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-26778
**Case Name:** SHARP, STEVEN LEFTON
SHARP, LAURIE HOPE
**Taxpayer ID #:** 13-7424429
**Period Ending:** 11/02/09

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****38-65 - Money Market Account
**Blanket Bond:** $3,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/04 | {1} | KALCHMAN | SALE OF REAL ESTATE | 1110-000 | 49,298.64 | | 49,298.64 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 5.13 | | 49,303.77 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 8.11 | | 49,311.88 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 8.78 | | 49,320.66 |
| 11/04/04 | {14} | GEORGE LEFTON TRUST | PERSONAL PROPERTY | 1129-000 | 67,195.00 | | 116,515.66 |
| 11/22/04 | 1001 | Irv and Phyllis Sommer | Paymnet to Secured Creditor | 4110-000 | | 25,000.00 | 91,515.66 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 19.86 | | 91,535.52 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 19.44 | | 91,554.96 |
| 01/03/05 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | ATTORNEY FEES | 3110-000 | | 17,851.00 | 73,703.96 |
| 01/03/05 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | aTTORNEY eXPENSES | 3120-000 | | 208.50 | 73,495.46 |
| 01/03/05 | 1004 | STEVEN AND LAURIE SHARP | EXEMTIONS FOR HOMESTEAD | 8100-002 | | 3,806.79 | 69,688.67 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3000% | 1270-000 | 18.80 | | 69,707.47 |
| 02/17/05 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2004 FOR CASE #04-26778, Annual Bond Premium | 2300-000 | | 170.91 | 69,536.56 |
| 02/28/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 17.52 | | 69,554.08 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 21.81 | | 69,575.89 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 21.11 | | 69,597.00 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 21.06 | | 69,618.06 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 22.22 | | 69,640.28 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 24.14 | | 69,664.42 |
| 08/01/05 | {9} | Irv Sommer | Sale of  personal property | 1129-000 | 2,000.00 | | 71,664.42 |
| 08/01/05 | {15} | Irv Summer | Sale of  personal property | 1229-000 | 2,000.00 | | 73,664.42 |
| 08/01/05 | {9} | Irv Sommer | Sale of  personal property | 1129-000 | 4,000.00 | | 77,664.42 |
| 08/01/05 | {8} | Irv sommer | Sale of  personal property | 1129-000 | 1,500.00 | | 79,164.42 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 29.91 | | 79,194.33 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 31.14 | | 79,225.47 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 34.41 | | 79,259.88 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 35.84 | | 79,295.72 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 39.66 | | 79,335.38 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 44.68 | | 79,380.06 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 42.64 | | 79,422.70 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 47.23 | | 79,469.93 |
| 04/07/06 | 1006 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE | 2300-000 | | 59.52 | 79,410.41 |

Subtotals :   $126,507.13   $47,096.72

{} Asset reference(s)

Printed: 11/02/2009 11:23 AM    V.11.52

Exhibit 9

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-26778  
**Case Name:** SHARP, STEVEN LEFTON  
  SHARP, LAURIE HOPE  
**Taxpayer ID #:** 13-7424429  
**Period Ending:** 11/02/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #04-26778, Annual Bond Amount | | | | |
| 04/18/06 | | ACCOUNT FUNDED: ********3819 | | 9999-000 | | 79,410.41 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.66 | | 27.66 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 27.68 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 27.70 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.02 | | 27.72 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 27.74 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 27.75 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 27.76 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 27.77 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 27.78 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.01 | | 27.79 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.01 | | 27.80 |
| 03/16/07 | | Transfer from TDA | Transfer from TDA | 9999-000 | 500.00 | | 527.80 |
| 03/20/07 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04-26778 | 2300-000 | | 68.85 | 458.95 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.14 | | 459.09 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.25 | | 459.34 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.25 | | 459.59 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.23 | | 459.82 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 460.08 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.25 | | 460.33 |
| 09/17/07 | | Chase | Transfer | 9999-000 | 1,200.00 | | 1,660.33 |
| 09/18/07 | | Chase | Tranfer | 9999-000 | 1,200.00 | | 2,860.33 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.78 | | 2,861.11 |
| 10/03/07 | 1008 | Jodi E. Gimbel,P.C. | Accountant's Fees | 3410-000 | | 1,102.50 | 1,758.61 |
| 10/03/07 | 1009 | Jodi E. Gimbel,P.C. | Accountant's Expenses | 3320-000 | | 76.85 | 1,681.76 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.19 | | 1,682.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.87 | | 1,683.82 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.85 | | 1,684.67 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.77 | | 1,685.44 |
| 02/12/08 | 1010 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-26778, Bond payment | 2300-000 | | 68.22 | 1,617.22 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.34 | | 1,617.56 |
| 03/18/08 | | From Account #********3819 | Close CD | 9999-000 | 78,418.37 | | 80,035.93 |

Subtotals :   $81,352.35   $80,726.83

{} Asset reference(s)

Printed: 11/02/2009 11:23 AM   V.11.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-26778  
**Case Name:** SHARP, STEVEN LEFTON  
SHARP, LAURIE HOPE  
**Taxpayer ID #:** 13-7424429  
**Period Ending:** 11/02/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.21 | | 80,041.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 11.16 | | 80,052.30 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.02 | | 80,062.32 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.17 | | 80,072.49 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.17 | | 80,082.66 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.52 | | 80,092.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.50 | | 80,102.68 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 8.73 | | 80,111.41 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.29 | | 80,117.70 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.68 | | 80,123.38 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.26 | | 80,126.64 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.05 | | 80,129.69 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.48 | | 80,133.17 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.26 | | 80,136.43 |
| 05/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.41 | | 80,137.84 |
| 05/14/09 | | To Account #********3866 | TRANSFER TO CHECKING | 9999-000 | | 80,137.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 207,961.39 | 207,961.39 | $0.00 |
| | | | Less: Bank Transfers | | 81,318.37 | 159,548.25 | |
| | | | **Subtotal** | | 126,643.02 | 48,413.14 | |
| | | | Less: Payments to Debtors | | | 3,806.79 | |
| | | | **NET Receipts / Disbursements** | | **$126,643.02** | **$44,606.35** | |

{} Asset reference(s)

Printed: 11/02/2009 11:23 AM   V.11.52

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 04-26778 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SHARP, STEVEN LEFTON | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SHARP, LAURIE HOPE | | Account: | ***-*****38-66 - Checking Account |
| Taxpayer ID #: | 13-7424429 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 11/02/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/14/09 | | From Account #********3865 | TRANSFER TO CHECKING | 9999-000 | 80,137.84 | | 80,137.84 |
| 05/18/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $9,486.80, Trustee Compensation;  Reference: | 2100-000 | | 9,486.80 | 70,651.04 |
| 05/18/09 | 102 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $1,155.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 52.50 | 70,598.54 |
| 05/18/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $774.95, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 566.45 | 70,032.09 |
| 05/18/09 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $30,165.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,314.00 | 57,718.09 |
| 05/18/09 | 105 | Duane Morris LLP & Daniel Kohn, Esq | Dividend paid   6.06% on $39,291.51; Claim# 1; Filed: $39,291.51; Reference: | 7100-000 | | 2,382.10 | 55,335.99 |
| 05/18/09 | 106 | Much Shelist; attn: Norman B. Newman | Dividend paid   6.06% on $11,848.41; Claim# 2; Filed: $11,848.41; Reference: | 7100-000 | | 718.32 | 54,617.67 |
| 05/18/09 | 107 | Dr. Myron Bornstein | Dividend paid   6.06% on $2,900.00; Claim# 3; Filed: $2,900.00; Reference: | 7100-000 | | 175.82 | 54,441.85 |
| 05/18/09 | 108 | Paul Heath Audio | Dividend paid   6.06% on $5,631.45; Claim# 4; Filed: $5,631.45; Reference: | 7100-000 | | 341.41 | 54,100.44 |
| 05/18/09 | 109 | Gesas, Pilati, Gesas and Golin, Ltd. | Dividend paid   6.06% on $3,777.20; Claim# 5; Filed: $3,777.20; Reference: | 7100-000 | | 229.00 | 53,871.44 |
| 05/18/09 | 110 | Citibank NA | Dividend paid   6.06% on $19,783.29; Claim# 6; Filed: $19,783.29; Reference: | 7100-000 | | 1,199.39 | 52,672.05 |
| 05/18/09 | 111 | JP Morgan Chase Bank | Dividend paid   6.06% on $581,825.40; Claim# 7; Filed: $581,825.40; Reference: | 7100-000 | | 35,273.87 | 17,398.18 |
| 05/18/09 | 112 | The Cadle Company II, Inc as assignee for Fifth Third Bank | Dividend paid   6.06% on $286,974.55; Claim# 8; Filed: $286,974.55; Reference: | 7100-000 | | 17,398.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 80,137.84 | 80,137.84 | $0.00 |
| | | | Less: Bank Transfers | | 80,137.84 | 0.00 | |
| | | | Subtotal | | 0.00 | 80,137.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $80,137.84 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 04-26778  
**Case Name:** SHARP, STEVEN LEFTON  
SHARP, LAURIE HOPE  
**Taxpayer ID #:** 13-7424429  
**Period Ending:** 11/02/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-66 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 128,550.98  
Less Payments to Debtor : 3,806.79  
Net Estate : $124,744.19

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****38-19 | 1,907.96 | 0.00 | 0.00 |
| MMA # ***-*****38-65 | 126,643.02 | 44,606.35 | 0.00 |
| Checking # ***-*****38-66 | 0.00 | 80,137.84 | 0.00 |
|  | $128,550.98 | $124,744.19 | $0.00 |

{} Asset reference(s)

Printed: 11/02/2009 11:23 AM   V.11.52